FILED
2017 MAR -9 AM 9:40
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

United States of America
PLAINTIFF(S)
v.
Kenneth Hines
DEFENDANT(S).

CASE NUMBER
17MJ00526
I1-16-0004

AFFIDAVIT RE
OUT-OF-DISTRICT WARRANT

The above-named defendant was charged by: DEA
in the Northern District of Illinois on 3-9-17
at 9:00 ☒ a.m. / ☐ p.m. The offense was allegedly committed on or about 3-7-17
in violation of Title 841(a)(1) & 846 U.S.C., Section(s)
to wit: Conspiracy to distribute & possess with Intent, a Controlled Substance

A warrant for defendant's arrest was issued by:

Bond of $ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on 3/9/17, by
CINDY L. ORELLANA, Deputy Clerk.

SEAL

[signature]
Signature of Agent

TFO O. Watts
Print Name of Agent

DEA
Agency

TFO
Title